# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAZMEN WYATT** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 21-2406 |
| v. | : | |
| | : | |
| **PECO ENERGY COMPANY** | : | |
| *Defendant* | : | |

## REVISED SCHEDULING ORDER

**AND NOW**, this 7th day of March 2022, upon consideration of the parties' *second joint motion to extend discovery deadlines*, [ECF 12], and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and the remaining deadlines are revised as follows:

1. Prior to the completion of discovery, the parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference. Counsel, the parties, and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.
2. All fact discovery shall be completed by May 2, 2022.
3. All expert reports shall be due by May 23, 2022.
4. Any rebuttal expert reports are due by June 22, 2022.
5. Any dispositive motions shall be filed by July 21, 2022, and any response to the dispositive motions shall be filed within twenty-one (21) days of the filing of the motion.
6. A final pretrial conference will be held on or about October 20, 2022, to schedule the trial date. Lead trial counsel for each party and any unrepresented party are required to attend. Fourteen (14) days prior to the final pretrial conference, all parties shall file and submit to the Court a pretrial memorandum that comports with Local Rules 16.1(c) and (d).

Any failure to comply with this Order may result in sanctions.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*