# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAZMEN WYATT** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 21-2406** |
| **v.** | : | |
| | : | |
| **PECO ENERGY COMPANY** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 10th day of August 2022, upon consideration of Plaintiff Jazmen Wyatt's

*unopposed motion for enlargement of time to respond*, [ECF 15],[1] and for good cause shown, it is

hereby **ORDERED** that the motion is **GRANTED**.  Accordingly, Plaintiff shall file her response

to Defendant PECO Energy Company's motion for summary judgment, [ECF 14], by no later than

August 25, 2022.


                              **BY THE COURT:**

                              /s/ *Nitza I. Quiñones Alejandro*
                              **NITZA I. QUIÑONES ALEJANDRO**
                              *Judge, United States District Court*

---

[1]     Plaintiff's motion sets forth that Defendant does not oppose the motion.  [*See* ECF 15, at p. 1].