IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAZMEN WYATT** *Plaintiff* | : : : : | **CIVIL ACTION** **NO. 21-2406** |
| **v.** | : : : | |
| **PECO ENERGY COMPANY** *Defendant* | : : | |

# ORDER

**AND NOW**, this 3rd day of March 2023, it is hereby **ORDERED** that a final pretrial conference will be conducted by telephone on April 3, at 10:00 A.M.  Counsel are instructed to use the following dial-in information: telephone number 888-684-8852; passcode 6968838.  Lead trial counsel for each party are required to attend.

Fourteen (14) days prior to this telephonic final pretrial conference, all parties shall file a pretrial memorandum that comports with Local Rule 16.1(c).  Any failure to comply with this Order may result in sanctions.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*